UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

JAMES HOWARD POST
KERRI KINDRED POST
a/k/a KERRI ELIZABETH POST
    Debtors.
_____/

ANDREA P. BAUMAN,
CHAPTER 7 TRUSTEE
    Plaintiff,
vs.

JAMES H. POST, KERRI KINDRED POST
a/k/a KERRI E. POST, UBS FINANCIAL
SERVICES, INC. and SUNTRUST BANKS, INC.
    Defendants.
_____/

CASE NO. 8:03-bk-18550-KRM

CHAPTER 7

ADV. PROC. NO. 8:05-ap-00169

## ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE

This matter came on for hearing on April 8, 2005, upon the Plaintiff's Motion for Preliminary Injunction. For reasons stated orally and recorded in open court that shall constitute the decision of the Court, the Court finds that the Motion for Preliminary Injunction should be denied without prejudice.

It is therefore, **ORDERED, ADJUDGED and DECREED** that Plaintiff's Motion for Preliminary Injunction is denied without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on APR 18 2005.

K. Rodney May
United States Bankruptcy Court

Cc: James H. Post, 93 Deerpath Dr., Oldsmar, FL 34677
Kerri K. Post, 93 Deerpath Dr., Oldsmar, FL 34677
Sheila D. Norman, Esq., 1905 W. Kennedy Blvd., Tampa, FL 33606
UBS Financial Services, Inc., c/o Corp. Service Co., Reg. Agent, 1201 Hays Street, Tallahassee, FL 32301
SunTrust Banks, Inc., c/o Cathy H. Arther, Reg. Agent, 200 S. Orange Ave., Orlando, FL 32801
Andrew J. Dolson, Esq., Legal Division, P. O. Box 26665, Richmond, VA 23261
Assistant United States Trustee, 501 E. Polk St., #1200,Tampa, FL 33602